CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DEZACHTRE RADELL GOODE,** | ) | Civil Action No. 7:12cv00532 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| **SGT. WHITE et al.,** | ) | |
| | ) | **By: Samuel G. Wilson** |
| Defendants. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A and this case is **STRICKEN** from the court's active docket. The clerk is **DIRECTED** to send Mr. Goode a copy of this opinion and order.

**ENTER**: November 27, 2012.

_____
UNITED STATES DISTRICT JUDGE